IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-CR-72-WKW |
| | ) | |
| WILLIAM SINGLETON | ) | |
| KENNETH ANDREW STONE | ) | |

## **ORDER**

It is ORDERED that the motions (Docs. # 375, 382) to dismiss the superseding indictment (Doc. # 130) against Defendants William Singleton and Kenneth Andrew Stone are GRANTED.

DONE this 29th day of December, 2009.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE